Theo RICHARDSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28884.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is transporting liquor in a dry area, with a prior conviction; the punishment, 18 months.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Minnie JOHNSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28921.

Court of Criminal Appeals of Texas.

March 27, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of intoxicating liquor in a dry area for the purpose of sale; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.